## IN RE: IMPULSE MONITORING, INC., HUMANA INTRAOPERATIVE MONITORING SERVICES CLAIMS AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION.

### MDL No. 2596.

United States Judicial Panel on Multidistrict Litigation.

Feb. 6, 2015.

Before SARAH S. VANCE, Chair, MARJORIE O. RENDELL, CHARLES R. BREYER, ELLEN SEGAL HUVELLE, R. DAVID PROCTOR, and CATHERINE D. PERRY, Judges of the Panel.

### ORDER DENYING TRANSFER

SARAH S. VANCE, Chair.

**Before the Panel:*** Defendant Humana Health Plan, Inc. (Humana) move under 28 U.S.C. § 1407 to centralize this litigation concerning its failure to pay for health benefit reimbursement for intraoperative neuromonitoring services in the Western District of Tennessee or, alternatively, the Northern District of Georgia. Common plaintiff Impulse Monitoring, Inc. (Impulse) opposes centralization and, alternatively, suggests centralization in the Southern District of California or the Western District of Tennessee. This litigation cur-

---

* Judge Lewis A. Kaplan did not participate in the decision of this matter.

rently consists of 57 actions [1] listed on Schedule A and pending in eleven districts.

After considering all argument of counsel, we conclude that Section 1407 centralization is not appropriate at this time. The actions here unquestionably involve common factual issues surrounding Humana's failure to pay Impulse's claims for the costs of intraoperative neuromonitoring services, which ranged in the actions before us from approximately $2000 to $13,500. [2] We are unconvinced, on the record before us, that the issues remaining in this litigation are sufficiently complex or numerous to warrant the creation of an MDL. Specifically, at oral argument, the parties informed us that they had resolved Humana's concerns about fraud and abuse issues surrounding these claims and that payment had commenced in some of Impulse's recent submission of claims in Medicare Advantage plans. The primary dispute in this litigation, according to counsel, now centers on purported billing and coding errors.

Given the lack of complexity of the remaining disputed issues (*i.e.*, billing and coding errors) and the limited number of involved counsel, we conclude that centralization is not necessary to serve the convenience of the parties and witnesses or promote the just and efficient conduct of the actions. At oral argument, counsel for Humana and Impulse—the only parties to this litigation—appeared to be effectively cooperating to resolve the remaining issues in this litigation. We encourage these efforts to continue and observe that alternatives to formal centralization—such as voluntary cooperation among the involved counsel and judges—appear to be workable and, in our judgment, preferable to centralization in these circumstances. *See, e.g., In re Crest Sensitivity Treatment and Prot. Toothpaste Mktg. and Sales Practices Litig.*, 867 F.Supp.2d 1348 (J.P.M.L.2012).

IT IS THEREFORE ORDERED that Humana's motion for Section 1407 centralization of the actions listed on Schedule A is denied.

## SCHEDULE A

MDL No. 2596 — IN RE: IMPULSE MONITORING, INC., HUMANA INTRAOPERATIVE MONITORING SERVICES CLAIMS AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION

*Northern District of Georgia*

IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC., CA. No. 1:14–01637

IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC., CA. No. 1:14–01639

IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC., CA. No. 1:14–01640

IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC., CA. No. 1:14–01641

IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC., CA. No. 1:14–01642

IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC., C.A. No. 1:14–01643

---

1. Defendant's motion initially included 58 actions but, during briefing, a Western District of Texas action was dismissed:

2. All plans at issue in this litigation, whether Medicare Advantage or private plans governed by ERISA, were administered by Humana.

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01644

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01645

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01646

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01647

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01649

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01650

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01651

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01652

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01653

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01654

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01655

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01656

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–02039

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–02053

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–02054

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–02056

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–02058

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–02059

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–02060

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–02061

*District of Minnesota*

*IMPULSE MONITORING, INC., ET AL. v. HUMANA HEALTH PLAN, INC., ET AL.,* C.A. No. 0:14–01815

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 0:14–02146

*Eastern District of North Carolina*

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 5:14–00327

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 5:14–00328

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 5:14–00329

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 7:14–00103

*Western District of North Carolina*

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 2:14–00021

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 3:14–00296

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 3:14–00297

*District of South Carolina*

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN INC.,* C.A. No. 3:14–02052

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN INC.,* C.A. No. 3:14–02280

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN INC.,* C.A. No. 4:14–02050

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN INC.,* C.A. No. 4:14–02154

*Eastern District of Tennessee*

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 3:14–00250

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 3:14–00313

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 3:14–00314

*Middle District of Tennessee*

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 2:14–00055

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 3:14–01253

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 3:14–01254

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 3:14–01407

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 3:14–01438

*Western District of Tennessee*

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01124

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01125

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01131

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–01158

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 1:14–02514

*Western District of Texas*

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 3:14–00215

*Western District of Virginia*

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,* C.A. No. 6:14–00017

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,*
C.A. No. 7:14–00308

*Northern District of West Virginia*

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,*
C.A. No. 3:14–00050 ·

*IMPULSE MONITORING, INC. v. HUMANA HEALTH PLAN, INC.,*
C.A. No. 3:14–00051

---

[*] Judge Lewis A. Kaplan did not participate in the decision of this matter.